UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                          )
JAMES YOUNG,              )
                          )
          v.              )         Civil Action No.
                          )         14-12726-NMG
UMASS CORRECTIONAL HEALTH CARE, )
et al.,                   )
          Defendants.     )
                          )
                          )
```

ORDER OF DISMISSAL

GORTON, J.

James Young was a named plaintiff in <u>Stote</u> v. <u>UMass</u>
<u>Correctional Health Care</u>, C.A. No. 13-10267-NMG, a civil rights
action filed by MCI Norfolk inmate John E. Stote in which he and
over one hundred other prisoners claimed that medical care at MCI
Norfolk was inadequate.

In an order dated June 25, 2014, the Court ordered that the
claims of each plaintiff be severed and that a separate case be
opened up for each individual plaintiff. <u>See</u> <u>id.</u> (D. 20).
Although only one plaintiff named "James Young" asserted claims
in the complaint, <u>see</u> Compl. (D. 1) at 170, 173, the signature
pages contain two signatures of "James Young," <u>see</u> <u>id.</u> at 189,
190. The signatures appear to be identical.

The Clerk opened two cases for "James Young," and assigned
them civil action numbers 14-12726 and 14-12772. The latter
action was assigned to Judge Leo T. Sorokin of this Court, who
dismissed the action without prejudice after Young did not
respond to the Court's order to pay the filing fee or seek leave
to proceed <u>in</u> <u>forma</u> <u>pauperis</u>.

As the opening of two cases for plaintiff "James Young" appears to have been an error, the Court dismisses this action without prejudice as duplicative of <u>Young</u> v. <u>UMass Correctional Health Care</u>, C.A. No. 14-12772-LTS.  No filing fee shall be assessed.  This order is a final order of dismissal.

**So ordered.**

    <u>/s/ Nathaniel M. Gorton</u>
Nathaniel M. Gorton
United States District Judge

Dated: 7/2/2015